IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AVANTE INTERNATIONAL
TECHNOLOGY, INC.,**

**Plaintiff/Counter-Defendant,**

v.

**HART INTRERCIVIC, INC.,**

**Defendant/ and Counter-Plaintiff.**                    No. 07-CV-0169-DRH

## ORDER

**HERNDON, District Judge:**

      Now before the Court is a joint motion to dismiss claims regarding Hart Intercivic, Inc.'s patents without prejudice (Doc. 39).  Said motion is **GRANTED**. The Court **DISMISSES without prejudice** Counts I through V of Hart Intercivic, Inc.'s Counterclaim and Counts I through V of Avante's Counterclaim.

      **IT IS SO ORDERED.**

Signed this 30th day of July, 2007.

                                        /s/      David   RHerndon
                                        **United States District Judge**