IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AVANTE INTERNATIONAL TECHNOLOGY,**

**Plaintiff,**

v.

**HART INTERCIVIC, INC.,**

**Defendant.**                                                   No. 07-cv-0169-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is a notice of removal of appearance of Cox Smith Matthews Incorporated and request for removal from ECF System (Doc. 43). Said request is **GRANTED**. The Court **WITHDRAWS** the law firm of Cox Smith Matthews Incorporated as counsel for Hart Intercivic in this case.

**IT IS SO ORDERED.**

Signed this 13th day of August, 2007.

/s/      David   RHerndon
**United States District Judge**