IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AVANTE INTERNATIONAL TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. **07-169-DRH** ) |
| **HART INTERCIVIC, INC.,** | ) ) ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is Plaintiff's Motion to Compel Hart Intercivic, Inc.'s Production of Withheld Materials. **(Doc. 61)**. Defendant filed a response at **Doc. 67.** Plaintiff filed a reply at **Doc. 71.**

The parties' lengthy pleadings can be distilled into two sentences, as follows. Plaintiff has served two sets of requests for production of documents. Defendant has withheld production of a large number of responsive documents because it does not want to produce the documents absent a protective order.

At the time plaintiff's motion was filed, defendant's Motion for Protective Order **(Doc. 59)** was pending. The Motion for Protective Order was denied. **See, Doc. 77.** Defendant filed an objection to the order denying the Motion for Protective Order. Chief Judge Herndon has now denied defendant's objection. **See, Doc. 105.**

Upon consideration and for good cause shown, Plaintiff's Motion to Compel Hart Intercivic, Inc.'s Production of Withheld Materials **(Doc. 61)** is **GRANTED**. Defendant shall

1

produce the withheld documents by **July 18, 2008.**

**IT IS SO ORDERED.**

**DATE: July 10, 2008.**

            **s/ Clifford J. Proud**
            **CLIFFORD J. PROUD**
            **UNITED STATES MAGISTRATE JUDGE**